UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ARC AIRBAG INFLATORS PRODUCTS
LIABILITY LITIGATION                                                                                          MDL No. 3051

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On December 15, 2022, the Panel transferred 5 civil action(s) to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2022). Since that time, no additional action(s) have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Eleanor L. Ross.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Ross.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of December 15, 2022, and, with the consent of that court, assigned to the Honorable Eleanor L. Ross.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 28, 2022

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

ATTEST: A TRUE COPY
CERTIFIED THIS

Date: Jan 08 2023

KEVIN P. WEIMER, Clerk

By: /s/Benjamin G. Thurman
Deputy Clerk

IN RE: ARC AIRBAG INFLATORS PRODUCTS
LIABILITY LITIGATION                                              MDL No. 3051

## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 22-05067 | Thomas et al v. ARC Automotive, Inc. et al |
| **IOWA SOUTHERN** | | | |
| IAS | 4 | 22-00397 | Jones v. ARC Automotive, Inc. et al |
| **MICHIGAN EASTERN** | | | |
| MIE | 2 | 22-12738 | Aula v. ARC Automotive, Inc et al |
| **NEW JERSEY** | | | |
| NJ | 2 | 22-05708 | MCCARTHY v. ARC AUTOMOTIVE, INC. et al |
| **NEW YORK NORTHERN** | | | |
| NYN | 3 | 22-00958 | Topa v. ARC Automotive, Inc. et al |
| **NEW YORK SOUTHERN** | | | |
| NYS | 1 | 22-09432 | Wilson v. Arc Automotive, Inc. et al |
| **SOUTH CAROLINA** | | | |
| SC | 2 | 22-03244 | Clark v. BMW Manufacturing Co., LLC et al |
| **TENNESSEE MIDDLE** | | | |
| TNM | 3 | 22-00725 | Lovett et al v. ARC Automotive, Inc. et al |
| **TENNESSEE WESTERN** | | | |
| TNW | 2 | 22-02637 | Marshall v. ARC Automotive, Inc. et al |